# SCHEDULE A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Zhongshanshiyuanlinwujinzhipinyouxiangongsi | A3VJUIRA4TMASI |
| 2 | guangzhouzhitongcanyindian（gerenduzi） | A3116SDTTT2GMX |
| 3 | Guangdongleilongtongxingongchengyouxiangongsi | A3CI3GYPDMN6VI |
| 4 | Dongguanshidahongjingmizhizaokejiyouxiangongsi | A34OZZPXORL3ZH |
| 5 | Jingdezhenshiweimangshengtainongyeyouxiangongsi | A16RI8GV5K705G |
| 6 | hongangongyinglianguanli（guangzhou）youxiangongsi | A1RDMB4D2R65U7 |
| 7 | Guangzhouxianxiangkuaichucanyinyouxiangongsi | A5EPU1MFCPYQM |
| 8 | Guangzhouzhongxuhuanjingbaohuyouxiangongsi | AOTZ3DPGB9U7K |
| 9 | Guangzhoumeishuerkouqiangmenzhenbuyouxiangongsi | A3NMYEEEX3X5Z7 |
| 10 | 星耀汇 | A3SM1604V3CBFP |
| 11 | yinyinYIN | A3TW2595IPT8TY |
| 12 | zhongjunli168 | A18FXFMJT1II8M |
| 13 | Snghanhen | AVHDPJMJB7D86 |
| 14 | Shanghai Jiujinguang | AP7UBDLXDAPH2 |
| 15 | HUIZEFENG CROSS-BORDER (HK) LIMITED | A1IK2UQCDX8ME2 |
| 16 | ruiguang2025 | A2QADPBKIY5VK7 |
| 17 | Toict | AI7WCAYYMOREI |
| 18 | Yunzhongbaihuo | A1WRGLSNEVY6TC |
| 19 | bengbuxinrongdianzishangwuyoux iangongsi | A1FZC21L485UQD |
| 20 | LuckyPair | A1CCUCY7O3NRQZ |
| 21 | ruianshiyunmuzhuangshiyouxiang ongsi | A2T43ZUG98F5U1 |
| 22 | YUNSHANGXIAOPU | ASK7OCSFWQ043 |
| 23 | fanzhiguoDRF | A2TYMULSS76DNA |
| 24 | SAIYIJI-SHOP | A1BN67ZELWQV7M |
| 25 | CQshujuhe | A2EGI3Q7OG9DXD |
| 26 | dayudamingdianziyouxiangongsi | A2EVDZVAH09BBX |

| | | |
|---|---|---|
| 27 | chengduhongtugongjianglaowuyo uxiangongsi | A2FP93T9SLM3RU |
| 28 | chuzhoushilongyinwenhuachuanm eiyouxiangongsi | A2IXC70UW2LRA2 |
| 29 | Sanlisheng | A1FIEMEE089ZHP |
| 30 | jiangxiganchangjianzhugongcheng youxiangongsi | A3FZ1GA6DS1F91 |
| 31 | henanyunzhongkewenhuachuanm eiyouxiangongsi | A1G39DO5LDCLLK |
| 32 | zongjishangmaoyouxiangnogsi | AKE2YG14FFR03 |
| 33 | OBumio Jewelry Store | A1YJHW37HJ82CL |
| 34 | li-US-FAN | A1ZB59F01SYD3R |
| 35 | HKCzyl | A24L5DYC6G8KKT |
| 36 | wangxiang453435 | A2HYOEGV4QP21E |
| 37 | dengmao | A25WSYYMR1XCUT |